IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ALAN GIBBS, | No. 2:13-CV-2631-KJM-CMK |
|     Plaintiff, | |
|   vs. | ORDER |
| BOYD, et al., | |
|     Defendants. | |
| _____/ | |

      Plaintiff, who is proceeding pro se, brings this civil rights action. Pending before the court is plaintiff's complaint (Doc. 1).

      The court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. See 28 U.S.C. § 1915A(a). The court is also required to screen complaints brought by litigants who have been granted leave to proceed in forma pauperis. See 28 U.S.C. § 1915(e)(2). Under these screening provisions, the court must dismiss a complaint or portion thereof if it: (1) is frivolous or malicious; (2) fails to state a claim upon which relief can be granted; or (3) seeks monetary relief from a defendant who is immune from such relief. See 28 U.S.C. §§ 1915(e)(2)(A), (B) and 1915A(b)(1), (2). Moreover, pursuant to Federal Rule of Civil Procedure 12(h)(3), this court

1  must dismiss an action if the court determined that it lacks subject matter jurisdiction.  Because
2  plaintiff, who is not a prisoner, has been granted leave to proceed in forma pauperis, the court
3  will screen the complaint pursuant to § 1915(e)(2).  Pursuant to Rule 12(h), the court will also
4  consider as a threshold matter whether it has subject-matter jurisdiction.
5           Plaintiff claims that California Department of Fish and Game officers Boyd and
6  Little, as well as Shasta County Sheriff's Department officers C. Edwards and Jackson, violated
7  his civil rights in connection with an allegedly improper search and seizure.[1]  The court
8  concludes that it has subject matter jurisdiction and that the complaint is appropriate for service
9  by the United States Marshal without pre-payment of costs.  If plaintiff desires service of process
10 by the United States Marshal  without pre-payment of costs, plaintiff must comply with the
11 requirements outlined below.  Plaintiff is warned that failure to comply with this order, or
12 otherwise effect service pursuant to Federal Rule of Civil Procedure 4, may result in dismissal of
13 the action for lack of prosecution and failure to comply with court rules and orders.  See Local
14 Rule 110.
15           Accordingly, IT IS HEREBY ORDERED that:
16      1.   The Clerk of the Court shall update the docket terminating California
17 Department of Fish and Game and Shasta County Sheriff's Department as defendants to this
18 action;
19      2.   The Clerk of the Court shall issue a summons in a civil case, the
20 undersigned's new case documents, and an order setting this matter for an initial scheduling
21 conference;
22      3.   The Clerk of the Court shall send plaintiff the summons, four USM-285

---

[1] The Clerk of the Court will be directed to update the docket to reflect that these are the only defendants to this action.  In particular, California Department of Fish and Game and Shasta County Sheriff's Department are not defendants to this action given plaintiff's request for relief against the individual officers.

forms, and a copy of the complaint;

      4. Within 15 days from the date of this order, plaintiff shall complete the summons by indicating the addresses of the named defendants and shall submit to the United States Marshal at the address indicated below the following documents:

          a. The completed summons;

          b. One completed USM-285 form for each named defendant;

          c. Five copies of the complaint; and

          d. Four copies of the court's initial scheduling conference order issued herewith;

      5. Within 20 days of the date of this order, plaintiff shall file a notice indicating that the documents described above have been submitted to the United States Marshal, or a notice that plaintiff intends to serve the summons and complaint without assistance from the United States Marshal;

      6. If plaintiff seeks the assistance of the United States Marshal, the United States Marshal is directed to serve all process without pre-payment of costs not later than 60 days from the date of this order, such service of process to be completed by serving a copy of the summons, complaint, and initial scheduling conference order on the defendants at the addresses provided by plaintiff; and

      7. The Clerk of the Court is directed to serve a copy of this order on the United States Marshal at 501 "I" Street, Sacramento, CA, 95814.

DATED: June 26, 2014

                                      **CRAIG M. KELLISON**
                                      UNITED STATES MAGISTRATE JUDGE