1

2

3

4

5

6

7

8         **IN THE UNITED STATES DISTRICT COURT**

9         **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11 ROBERT ALAN GIBBS,             No. 2:13-CV-2631-KJM-CMK

12         Plaintiff,

13     vs.               <u>ORDER</u>

14 BOYD, et al.,

15         Defendants.

16 _____/

17         Plaintiff, who is proceeding pro se, brings this civil rights action.  An initial

18 status/scheduling conference was held in this matter on November 5, 2014, at 10:00 a.m. before

19 the undersigned.  Plaintiff Robert Alan Gibbs appeared pro se.  John Michael Feser, Jr., Esq., and

20 Gary Charles Brickwood, Esq., appeared for defendant(s).

21         Upon consideration of the status reports on file in this action, discussion with the

22 parties, and good cause appearing therefor, the court will, by this order, set a schedule pursuant to

23 Federal Rule of Civil Procedure 16(b).

24         1.     The parties are exempted from the requirements outlined in Federal Rule

25 of Civil Procedure 26(a)(1) and (f);

26 / / /

1    2.  The parties shall exchange lists of expert witnesses no later than May 18,

2 2015.  Such disclosures must be made pursuant to Federal Rule of Civil Procedure 26(a)(2)(A)

3 and (B).  The parties are reminded of their obligation to supplement these disclosures when

4 required under Federal Rule of Civil Procedure 26(e).  Failure to comply with these requirements

5 may result in the imposition of appropriate sanctions, which may include the preclusion of

6 testimony or other evidence offered through the expert witness;

7    3.  Discovery shall be completed, and all motions pertaining to discovery

8 shall be noticed to be heard, by July 20, 2015;

9    4.  All other pre-trial motions, including dispositive motions, shall be noticed

10 to be heard by September 21, 2015;

11    5.  The pre-trial conference is set for January 21, 2016, at 3:30 p.m. before the

12 Honorable Kimberly J. Mueller.  Separate pre-trial statements shall be filed pursuant to Local

13 Rule 281.  At the pre-trial conference, the court will set deadlines, among others, to file motions

14 in limine, final witness and exhibits lists, objections thereto, and other trial documents; and

15    6.  Jury trial of this matter is set for March 28, 2016, at 9:00 a.m. before the

16 Honorable Kimberly J. Mueller.  The parties shall file trial briefs pursuant to Local Rule 285.

17    IT IS SO ORDERED.

18

19 DATED:  December 9, 2014

20

21             **CRAIG M. KELLISON**

              UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26