**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

ROBERT ALAN GIBBS,                              No. 2:13-CV-2631-KJM-CMK

        Plaintiff,

    vs.                                                    <u>ORDER</u>

BOYD, et al.,

        Defendants.

_____/

        Plaintiff, who is proceeding pro se, brings this civil rights action.  Pursuant to Eastern District of California Local Rule 230(g), the hearing scheduled for September 9, 2015, at 10:00 a.m. before the undersigned in Redding, California, is hereby taken off calendar and the matter is submitted on the record and briefs without oral argument.

        IT IS SO ORDERED.

DATED:  September 2, 2015

                                     _____
                                   **CRAIG M. KELLISON**
                                   UNITED STATES MAGISTRATE JUDGE