KAMALA D. HARRIS
Attorney General of California
ALBERTO L. GONZÁLEZ
Supervising Deputy Attorney General
JOHN M. FESER, JR.
Deputy Attorney General
State Bar No. 209736
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA  94244-2550
  Telephone:  (916) 324-5118
  Facsimile:  (916) 322-8288
  Email:  Alberto.Gonzalez@doj.ca.gov
*Attorneys for Defendants B. Boyd and D. Little*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**ROBERT ALAN GIBBS**,

Plaintiff,

v.

**BOYD, et al.**,

Defendants.

Case No. 2:13-cv-02631 KJM CMK

**ORDER GRANTING DEFENDANTS' REQUEST TO MODIFY THE SCHEDULING ORDER TO CONTINUE THE DEADLINE TO *FILE* A DISPOSITIVE MOTION**

**[Docket No. 19.]**

Trial Date:     March 28, 2016
Action Filed:  December 18, 2013

**ORDER**

GOOD CAUSE APPEARING, the request of Defendants B. Boyd and D. Little to modify the Court's Scheduling Order (Docket No. 19) to continue the deadline for Defendants to file a dispositive motion by 60 days, from September 21, 2015, to November 20, 2015, is hereby GRANTED.

Dispositive motion deadline is hereby extended to November 20, 2015.

Dated:  September 28, 2015

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE