1  KAMALA D. HARRIS
   Attorney General of California
2  PETER A. MESHOT
   Supervising Deputy Attorney General
3  ANDREAS GARZA, State Bar No. 183795
   Deputy Attorney General
4  State Bar No. 183795
    1300 I Street, Suite 125
5   P.O. Box 944255
    Sacramento, CA  94244-2550
6   Telephone:  (916) 322-6453
    Facsimile:  (916) 322-8288
7   Email:  Andreas.Garza@doj.ca.gov
   *Attorneys for Defendants B. Boyd and D. Little*

8

9                    IN THE UNITED STATES DISTRICT COURT

10                  FOR THE EASTERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12  **ROBERT ALAN GIBBS**, | Case No. 2:13-cv-02631 KJM CMK |
| 13                    Plaintiff, | **ORDER GRANTING DEFENDANTS' REQUEST TO MODIFY THE SCHEDULING ORDER TO CONTINUE THE DEADLINE TO *FILE* A DISPOSITIVE MOTION** |
| 14        v. | |
| 15  **BOYD, et al.**, | **[Docket No. 19.]** |
| 16                    Defendants. | |
| 17 | Trial Date:     March 28, 2016 |
| 18 | Action Filed:  December 18, 2013 |

19                                **ORDER**

20        GOOD CAUSE APPEARING, the request of Defendants B. Boyd and D. Little to modify

21  the Court's Scheduling Order (Docket No. 19) to continue the deadline for Defendants to file a

22  dispositive motion by 31 days, from November 20, 2015, to December 21, 2015, is hereby

23  GRANTED.

24        Dispositive motion deadline is hereby extended to <u>December 21, 2015</u>.

25

26        Dated:  November 20, 2015

27                                                    CRAIG M. KELLISON
28                                                    UNITED STATES MAGISTRATE JUDGE

                                        1