IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT ALAN GIBBS,                        No. 2:13-CV-2631-KJM-CMK

      Plaintiff,

   vs.                                                    ORDER

BOYD, et al.,

      Defendants.

_____/

      Plaintiff, who is proceeding pro se, brings this civil rights action.  Pursuant to Eastern District of California Local Rule 230(g), the hearing scheduled for February 24, 2016, at 10:00 a.m. before the undersigned in Redding, California, is hereby taken off calendar and the matter is submitted on the record and briefs without oral argument.

      IT IS SO ORDERED.

 DATED: February 22, 2016

                                             /s/ Craig M. Kellison
                                             **CRAIG M. KELLISON**
                                             UNITED STATES MAGISTRATE JUDGE