IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ALAN GIBBS, | No. 2:13-CV-2631-KJM-CMK |
| Plaintiff, | |
| vs. | FINDINGS AND RECOMMENDATIONS |
| BOYD, et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings this civil rights action. Pending before the court is plaintiff's motion for injunctive relief (Doc. 59).

In this action, plaintiff alleges that defendants violated his civil rights in connection with his arrest in December 2012. In the current motion, plaintiff claims that "deputies at Shasta County Jail" are retaliating against him by stealing his personal property. Plaintiff's motion seeks relief against individuals who are not named as defendants in this action. This court is unable to issue an order against individuals who are not parties to a suit pending before it. See Zenith Radio Corp. v. Hazeltine Research, Inc., 395 U.S. 100, 112 (1969). The request must, therefore, be denied.

/ / /

Based on the foregoing, the undersigned recommends that plaintiff's motion for injunctive relief (Doc. 59) be denied.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within 14 days after being served with these findings and recommendations, any party may file written objections with the court. Responses to objections shall be filed within 14 days after service of objections. Failure to file objections within the specified time may waive the right to appeal. See Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: August 10, 2016

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　**CRAIG M. KELLISON**
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE